IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 18 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:15-CR-152-A |
| ERIC SUMMERS (01) | |

## ORDER (Sealed)

On motion of the United States for the issuance of a writ of habeas corpus ad prosequendum, directing that Eric Summers year of birth 1974, who is presently in custody of the Tarrant County Sheriff's Department, Tarrant County Correction Center, Fort Worth, Texas directing that Eric Summers be brought to the U. S. District Courthouse, Fort Worth, Texas for proceedings in the above numbered cause.

The Clerk of this Court is hereby ORDERED to issue a writ of habeas corpus ad prosequendum, directed to the United States Marshal for the Northern District of Texas, directing said officers to have Eric Summers before the United States District Court, United States District Judge, forthwith and upon the conclusion of all proceedings in this cause to return Eric Summers under safe and secure conduct to said place of original custody or other appropriate authority.

SIGNED ON  6/18/15

JOHN McBRYDE
UNITED STATES DISTRICT JUDGE